WILLIAM K. JOHNSEN, Appellant, v. MEYER E. KAPLAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ATLANTIC EXPORT COMPANY, Respondent, v. N. V. VEEMESTA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PARKER BENTLEY and Another, Appellants, v. ALTEMO GARAGE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RALPH M. SITTERLEY, Respondent, v. JAMES E. SITTERLEY, Appellant.— Order modified by limiting examination to showing facts necessary to procure an interlocutory judgment, to wit, to establish the partnership; and as so modified affirmed. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN S. KEDROVSKY, Appellant, v. ARCHBISHOP AND CONSISTORY OF THE RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS LAZAR, Respondent, v. NEMOURS TRADING CORPORATION, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted requiring service of a bill of particulars of items 5 and 6; said bill to be served within twenty days. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALICE WARE BECKER, Respondent, v. WALTER P. BECKER, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

STEPHEN J. ZECCHINI, Respondent, v. FRANCIS R. MAYER and Another, Appellants, Impleaded with Another.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOLON B. LILIENSTERN and Others, as Trustees, etc., v. HARRY KATZ and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LENA SPORN v. JACOB CHAIMOWITZ.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM C. ABERCROMBIE v. FANNY SCHWARTZ.— Motion to discontinue appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLARD M. STOREY and Others v. EXCELSIOR SHOOK & LUMBER COMPANY, INC., and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.